# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vincent Eugene Hahn,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>    Defendant. | **NO. CV-22-00206-PHX-MTM**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed August 16, 2022, judgment is entered in favor of the Plaintiff and against Defendant. The decision of the Commissioner of Social Security is reversed, and this case is remanded to the Social Security Administration for further proceedings consistent with the Order.

                                              Debra D. Lucas
                                              District Court Executive/Clerk of Court

August 16, 2022

                                              s/ Wendy Poth
                                  By   Deputy Clerk